**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 340 EAL 2019

         Respondent             :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

         v.                     :

                                       :

WILLIAM C. WILLIAMS,             :

            :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.